UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CAUSE NO.: 2:16-CR-97-JTM-JPK |
| ) | |
| ANTOINE LAMARR CROCKETT, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On October 3, 2019, the United States Government appeared by counsel Assistant United States Attorney Nicholas Padilla. Defendant Antoine Lamarr Crockett appeared in person and by counsel Matthew Soliday and in the custody of the United States Marshal. United States Probation Officer Nicholas Macker appeared.

A Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On January 17, 2017, Defendant pled guilty to the Count I charge in the Indictment (knowingly possessing a firearm after having been convicted of a felony offense) before Magistrate Judge Andrew Rodovich. That same day, Judge Rodovich issued his findings and recommendation that Judge James Moody accept Defendant's plea. On February 2, 2017, Judge Moody adopted Judge Rodovich's findings and accepted Defendant's plea.

On June 6, 2017, Judge Moody sentenced Defendant to 24 months of imprisonment and three years of supervised release subject to specified written terms and conditions.

On March 26, 2019, the United States Probation Office filed a Petition for Warrant for Offender Under Supervision, (ECF No. 38), alleging that Defendant violated the terms and conditions of his supervised release. On March 28, 2019, an arrest warrant was issued, and Defendant was subsequently arrested on May 30, 2019. After a probable cause and detention hearing on June 3, 2019, during which the parties stipulated to probable cause and detention, Defendant was remanded to the custody of the United States Marshal.

On June 24, 2019, the United States Probation Office filed a Summary Report of Violations. (ECF No. 52).

On September 13, 2019, Defendant, by counsel, filed a Motion to Transfer Case to Magistrate Judge.

On September 20, 2019, Judge Moody issued an Order granting the Motion to Transfer Case to Magistrate Judge and referring the case to the undersigned Magistrate Judge for a Report and Recommendation including, if applicable, a recommended disposition under 18 U.S.C. § 3583(e).

As a result of the October 3, 2019 Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charge against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant understands the proceedings, the allegations, and his rights;

3. Defendant knowingly and voluntarily admitted that he committed the applicable violations set forth in the March 26, 2019 Petition, (ECF No. 38), and Summary Report, (ECF No. 52), and that the allegations supporting these violations are true;

4. The admitted violations were proven by a preponderance of the evidence; and

5. These violations are Grade C violations, Defendant's criminal history category is VI, the advisory guideline range is 8 to 14 months of imprisonment, and the statutory maximum sentence that may be imposed is 2 years of imprisonment.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

6. Defendant be adjudged to have committed the Grade C violations of his supervised release described in the March 26, 2019 Petition (ECF No. 38);

7. The supervised release of Defendant be revoked;

8. Defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 11 months of incarceration therein;

9. Defendant be given credit for time served while awaiting his sentencing; and

10. After successful completion of the additional term of imprisonment Defendant shall not be placed on a further term of supervised release.

At the hearing, the parties waived the 14-day period in which to file objections to these Findings and Recommendation.

So ORDERED this 4th day of October, 2019.

                                          s/ Joshua P. Kolar
                                          MAGISTRATE JUDGE JOSHUA P. KOLAR
                                          UNITED STATES DISTRICT COURT