UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:16 CR 97 |
| | ) | |
| ANTOINE LAMARR CROCKETT | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated October 4, 2019 (DE # 58), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the Grade C violations of his supervised release described in the March 26, 2019 Petition. (DE # 38.) Defendant's term of supervised release is **REVOKED** and defendant is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of eleven (11) months, including receipt of credit for time served while in federal custody. After successful completion of the additional term of imprisonment, defendant shall not be placed on a further term of supervised release. This sentence shall be imposed without requiring defendant to make an additional court appearance.

**SO ORDERED.**

Date: October 16, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT